FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 JUN 29 PM 2:24

CLERK
SO. DIST. OF GA.

IN RE: YANBAI ANDREA WANG FEE EXEMPTION

Misc. File No. **MC418-007**

**In Re: Application for Exemption from the Electronic Public Access Fees by Yanbai Andrea Wang**

This matter is before the Court upon the application and request by Yanbai Wang for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Yanbai Wang, an individual researcher associated with an educational institution, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Ms. Wang has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Ms. Wang shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of researching 28 U.S.C. Sec. 1782, which governs the provisions of discovery assistance to foreign and international tribunals. Ms. Wang shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

I. this fee exemption applies only to Ms. Wang and is valid only for the purposes stated above;
II. this fee exemption applies only to the electronic case files of this court that are available through the PACER system;
III. by accepting this exemption, Ms. Wang agrees not to sell for profit any data obtained as a result of receiving this exemption;
IV. Ms. Wang is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet based databases;
V. this exemption is valid until 24 months from the date of this order.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated this 28th day of June, 2018.

J. Randal Hall, Chief Judge